

**NUMBER 13-12-00544-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

CHICORY COURT
ALTA VISTA, L. P., ET AL.,                                    Appellants,

v.

ODYSSEY RESIDENTIAL
CONSTRUCTION GP II, LLC, ET AL.,                              Appellees.

---

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Chicory Court Alta Vista, LP (Chicory Court); Weslaco Redevelopment Corporation; SunAmerica Houston Fund 1488, a Nevada Limited Partnership (SunAmerica); and Chicory GP -- Alta Vista LLC; perfected an appeal from a judgment

entered by the 139th District Court of Nueces County, Texas, in cause number C-1669-11-C.

This appeal was abated by this Court on September 21, 2012, for further proceedings in accordance with Texas Rule of Civil Procedure 306a. *See* TEX. R. CIV. P. 306a(4),(5). Appellants[1] have filed an agreed motion to dismiss appeal on grounds that the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellants' agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
5th day of June, 2014.

---

[1] Appellants' agreed motion to dismiss appeal was filed by two of the four appellants, Chicory Court and Sun America. Appellant Weslaco Redevelopment Corporation filed a notice of no opposition to the agreed motion to dismiss appeal. More than ten days have passed and appellant Chicory GP -- Alta Vista LLC has not filed a response to the motion to dismiss.